```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       JACKSON DIVISION
```

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY          PLAINTIFF

VS.                              CIVIL ACTION NO. 3:12cv261-HTW-LRA

DERYL DEDMON, JR., BUFFY SMITH,
THE ESTATE OF JAMES C. ANDERSON (DECEASED),
BARBARA ANDERSON YOUNG (INDIVIDUALLY AND AS
ADMINISTRATRIX OF THE ESTATE OF JAMES C. ANDERSON),
ANNZORA ANDERSON, EDWARD J. ANDERSON,
AND LOUIS ANDERSON                                        DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL

This cause came before the Court at the joint request of all of the parties, through counsel, with said parties having all appeared in this matter for purposes of this Court's jurisdiction over the parties and this matter, and with said parties being the Plaintiff, Allstate Property and Casualty Insurance Company, and all of the Defendants, Deryl Dedmon, Jr., Buffy Smith, The Estate of James C. Anderson (Deceased), Barbara Anderson Young (Individually and as Administratrix of the Estate of James C. Anderson), Annzora Anderson, Edward J. Anderson, and Louis Anderson, for a judgment dismissing any and all claims which were asserted or which could have been asserted whatsoever between any and all of the parties.

The Court has been informed that any and all of the claims between the Plaintiff, Allstate Property and Casualty Insurance Company, and all of the Defendants, Deryl Dedmon, Jr., Buffy Smith,

The Estate of James C. Anderson (Deceased), Barbara Anderson Young (Individually and as Administratrix of the Estate of James C. Anderson), Annzora Anderson, Edward J. Anderson, and Louis Anderson, have been fully compromised and settled.

All parties have consented to the entry of this Judgment and, as evidenced by the authorized signatures below of the parties' respective counsel of record, agree that any and all of the claims whatsoever between any and all of the parties which were asserted or which could have been asserted in this matter should be dismissed with prejudice. Therefore, the Court expressly finds that any and all of the claims between Allstate Property and Casualty Insurance Company, and all of the Defendants, Deryl Dedmon, Jr., Buffy Smith, The Estate of James C. Anderson (Deceased), Barbara Anderson Young (Individually and as Administratrix of the Estate of James C. Anderson), Annzora Anderson, Edward J. Anderson, and Louis Anderson should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that any and all of the claims whatsoever which were asserted or which could have been asserted between the Plaintiff, Allstate Property and Casualty Insurance Company, and all of the Defendants, Deryl Dedmon, Jr., Buffy Smith, The Estate of James C. Anderson (Deceased), Barbara Anderson Young (Individually and as Administratrix of the Estate of James C. Anderson), Annzora Anderson, Edward J. Anderson, and Louis

Anderson, whether stated in the pleadings or otherwise, should be and are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 14th day of June, 2013.

s/ HENRY T. WINGATE<br>U. S. DISTRICT JUDGE

AGREED AND CONSENTED TO BY THE PARTIES:


s/William C. Griffin
WILLIAM C. GRIFFIN, ESQ. (MSB #5021)
ATTORNEY FOR PLAINTIFF, ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY


s/Jody E. Owens, II
WINSTON J. THOMPSON, III, ESQ. (MSB#100157)
ELISSA JOHNSON, ESQ. (MSB#103852)
JODY E. OWENS, II, ESQ. (MSB #102333)
ATTORNEYS FOR THE ESTATE OF JAMES C. ANDERSON
(DECEASED), BARBARA ANDERSON YOUNG (INDIVIDUALLY
AND AS  ADMINISTRATRIX OF THE ESTATE OF JAMES C.
ANDERSON), ANNZORA ANDERSON, EDWARD J. ANDERSON,
AND LOUIS ANDERSON


s/H. Wesley Williams, III
H. WESLEY WILLIAMS, III, ESQ. (MSB #9320)
ATTORNEY FOR DERYL DEDMON, JR. AND BUFFY SMITH